**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

|  |  |  |
|---|---|---|
| ROBERT COX, | : | |
|  | : | Civil Action No. |
| Plaintiff, | : | 09-4444-NLH-JS |
|  | : | |
| v. | : | **ORDER** |
|  | : | |
| ELITE ENERGY LLC and | : | |
| BUNH LE, | : | |
|  | : | |
| Defendants. | : | |

For the reasons expressed in the Court's Opinion entered on this date,

IT IS on this 21st day of September, 2011, hereby

**ORDERED** that Plaintiff's Motion for Attorney's Fees [Doc. No. 22] is **GRANTED in part** and **DENIED in part**; and it is further

**ORDERED** that Defendants Elite Energy LLC and Bunh Le shall pay Plaintiff Robert Cox attorney's fees in the amount of $10,710.00.

                                                s/ Noel L. Hillman
                                         HON. NOEL L. HILLMAN, U.S.D.J.